# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIANA VELEZ

VERSUS

GEICO CASUALTY COMPANY

NO.   2020 CW 1093

**NOVEMBER 10, 2020**

---

In Re:    Geico  Casualty  Company,  applying  for  supervisory
writs,  22nd  Judicial  District  Court,  Parish  of  St.
Tammany, No. 201712006.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The trial court's October 21, 2020 judgment
is reversed to the extent it denied the motion *in limine* filed
by defendant, Geico Casualty Company, as to evidence of post-
petition events related to the bad faith claim.  A supplemental
petition is filed in order to set forth items of damage or
causes of action which have become exigible since the date of
filing the original petition and which are related to or
connected with the causes of action asserted therein.  La. Code
Civ. P. art. 1155; **Aymond v. Citizens Progressive Bank**, 52,623
(La. App. 2d Cir. 6/26/19), 277 So.3d 477, 487, writ denied,
2019-1200 (La. 10/15/19), 280 So.3d 602.  In this case, no
supplemental petition was filed to assert a cause of action
against defendant pursuant to La. R.S. 22:1892 or R.S. 22:1973
for acts which occurred after the filing of the original
petition.  Accordingly, we find the trial court abused its
discretion, the motion *in limine* is granted in part, and
evidence of post-petition events related to the bad faith claim
is excluded.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT